# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25–cv–06321–DEH

| | |
|---|---|
| Makkawi v. City of New York et al | Date Filed: 07/31/2025 |
| Assigned to: Judge Dale E. Ho | Date Terminated: 06/26/2026 |
| Cause: 28:1331 Fed. Question | Jury Demand: Plaintiff |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mone Makkawi**                     represented by     **Elena Louisa Cohen**
Cohen Green PLLC
1639 Centre Street
Suite 216
Ridgewood, NY 11385
929–888–9650
Email: elenacohenesq@gmail.com
*ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**
Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY 10007
646–263–3495
Fax: 646–349–2914
Email: gideon@gideonlaw.com
*ATTORNEY TO BE NOTICED*

**Jessica Massimi**
Massimi Law PLLC
99 Wall Street
Suite 1264
New York, NY 10005
646–241–9800
Email: jessica.massimi@gmail.com
*ATTORNEY TO BE NOTICED*

**Luna Droubi**
Beldock Levine & Hoffman LLP
99 Park Ave 26th Floor
New York, NY 10016
212–277–5875
Fax: 212–277–5880
Email: ldroubi@blhny.com
*ATTORNEY TO BE NOTICED*

**Regina Yu**
Cohen & Green PLLC
1639 Centre St
Suite 216
Ridgewood, NY 11385

603–289–5455
Fax: 929–888–9457
Email: regina@femmelaw.com
*ATTORNEY TO BE NOTICED*

**Remy Green**
Cohen&Green P.L.L.C.
1639 Centre Street
Suite 216
Ridgewood, NY 11385
929–888–9480
Fax: 929–888–9457
Email: remy@femmelaw.com
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
Gibson Law Firm, PLLC
416 N Tioga Street, Suite 4
New York
Ithaca, NY 14850
607–327–3284
Fax: 607–238–4689
Email: sujata@gibsonfirm.law
*ATTORNEY TO BE NOTICED*

**Tahanie Ahmad Aboushi**
The Aboushi Law Firm
1441 Broadway, Ste 5036
New York, NY 10018
212–391–8500
Fax: 212–391–8508
Email: tahanie@aboushi.com
*ATTORNEY TO BE NOTICED*

**Yan Fu**
The Fu Firm PLLC
43 West 43rd Street
Suite 205
New York, NY 10036
212–584–0581
Email: yfu@thefufirm.com
*ATTORNEY TO BE NOTICED*

**Leena Widdi**
1639 Centre St, Ste 216
Ridgewood, NY 11385
917–748–9127
Email: leenawiddi.esq@gmail.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Rohaan Gill**                                    represented by **Elena Louisa Cohen**
*on behalf of themselves and others similarly*                    (See above for address)
*situated*                                                        *ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Massimi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luna Droubi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tahanie Ahmad Aboushi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yan Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Arib Hasan**                                    represented by   **Elena Louisa Cohen**
*on behalf of themselves and others similarly*                    (See above for address)
*situated,*                                                        *ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Massimi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luna Droubi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tahanie Ahmad Aboushi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yan Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bryan Vivas**                                   represented by   **Elena Louisa Cohen**
*on behalf of themselves and others similarly*                    (See above for address)
*situated*                                                        *ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Massimi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luna Droubi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tahanie Ahmad Aboushi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yan Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Malik Salti**
*on behalf of themselves and others similarly situated,*

represented by **Elena Louisa Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Massimi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luna Droubi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tahanie Ahmad Aboushi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yan Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carla Tejada**
*on behalf of themselves and others similarly situated*

represented by **Elena Louisa Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Massimi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luna Droubi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina Yu**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tahanie Ahmad Aboushi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yan Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miguel Figueroa**                                   represented by   **Elena Louisa Cohen**
*on behalf of themselves and others similarly*                        (See above for address)
*situated*                                                            *ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Massimi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luna Droubi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tahanie Ahmad Aboushi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yan Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Remy Green**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Wright**
*on behalf of themselves and others similarly situated*

represented by    **Elena Louisa Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Massimi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luna Droubi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tahanie Ahmad Aboushi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yan Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ahmed Elsayed**
*on behalf of themselves and others similarly situated,*

represented by    **Elena Louisa Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Massimi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luna Droubi**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tahanie Ahmad Aboushi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yan Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin Wilson**
*on behalf of themselves and others similarly situated,*

represented by   **Elena Louisa Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gideon Orion Oliver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Massimi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luna Droubi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tahanie Ahmad Aboushi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yan Fu**
(See above for address)

ATTORNEY TO BE NOTICED

**Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Loay Elasmar** | represented by | **Gideon Orion Oliver** |
| *on behalf of themselves and others similarly situated* | | (See above for address) *ATTORNEY TO BE NOTICED* |

**Jessica Massimi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luna Droubi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina Yu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sujata Sidhu Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tahanie Ahmad Aboushi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yan Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **City of New York** | represented by | **Joanne Maureen McLaren** New York City Law Department 100 Church Street New York, NY 10007 (212)–356–2671 Fax: (212)–356–3509 Email: jmclaren@law.nyc.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Sandra Ann Bober**

New York City Law Department
100 Church Street
Ste 3–172
New York, NY 10007
212–356–0827
Email: sandrabober@outlook.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Timothy J. Beaudette**
*NYPD Member*

**Defendant**

**Joel A. Mottola**
*NYPD Member*

**Defendant**

**Howard Thornton**
*in his individual and official capacity*

**Defendant**

**NYPD members John and Jane Does 1–6**
*in their individual and official capacities*

**Defendant**

**NYPD Lieutenant Michael Butler**

**Defendant**

**Sergeant Talha Ahmad**

**Defendant**

**NYPD Officer Omar Delarosa**

**Defendant**

**NYPD Deputy Chief Jesse Lance**

**Defendant**

**NYPD Detective Brian Greig**

**Defendant**

**NYPD Sergeant Andonios Constantatos**

**Defendant**

**NYPD Officer Joseph Cunningham**

**Defendant**

**Assistant Chief James McCarthy**

**Defendant**

**NYPD Officer Steven Li**

**Defendant**

**NYPD Officer Joahan Gomez**

**Defendant**

**NYPD Lieutenant Ricardo Lawrence**

**Defendant**

**NYPD Officer Hiram Velez**

**Defendant**

**NYPD Member Aheisha Grant**

**Defendant**

**NYPD John or Jane Member Does 1–25**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2025 | Ï 1 | CIVIL COVER SHEET filed..(Widdi, Leena) (Entered: 07/31/2025) |
| 08/01/2025 | Ï 2 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR** COMPLAINT against Timothy Beaudette, CITY OF NEW YORK, NYPD Sergeant Joel Mottola. Document filed by Mon Makkawi..(Widdi, Leena) Modified on 8/1/2025 (sj). (Entered: 08/01/2025) |
| 08/01/2025 | Ï 3 | NOTICE OF APPEARANCE by Regina Yu on behalf of Mon Makkawi..(Yu, Regina) (Entered: 08/01/2025) |
| 08/01/2025 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Leena Widdi. The party information for the following party/parties has been modified: Mon Makkawi, Timothy Beaudette, CITY OF NEW YORK, NYPD Sergeant Joel Mottola. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error; party name was entered in all caps. (sj)** (Entered: 08/01/2025) |
| 08/01/2025 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Leena Widdi to RE–FILE re: Document No. 2 Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; the wrong party/parties whom the pleading is against were selected. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents. Re–file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (sj)** (Entered: 08/01/2025) |
| 08/01/2025 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Dale E. Ho. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download |

| | | |
|---|---|---|
| | | and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(sj) (Entered: 08/01/2025) |
| 08/01/2025 | Ï | Magistrate Judge Robert W. Lehrburger is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (sj) (Entered: 08/01/2025) |
| 08/01/2025 | Ï | Case Designated ECF. (sj) (Entered: 08/01/2025) |
| 08/01/2025 | Ï 4 | NOTICE OF APPEARANCE by Tahanie Ahmad Aboushi on behalf of Mone Makkawi..(Aboushi, Tahanie) (Entered: 08/01/2025) |
| 08/04/2025 | Ï 5 | NOTICE OF APPEARANCE by Gideon Orion Oliver on behalf of Mone Makkawi..(Oliver, Gideon) (Entered: 08/04/2025) |
| 08/05/2025 | Ï | NOTICE OF PARTICIPATION IN LOCAL CIVIL RULE 83.10 (FORMERLY THE SECTION 1983 PLAN) : Unless otherwise ordered, this case shall participate in the Southern District of New York's Local Civil Rule 83.10. Please reference the Court's website, https://www.nysd.uscourts.gov/programs/mediation–adr, to review Local Civil Rule 83.10, updated 4/1/2015, for important information.(rpr) (Entered: 08/05/2025) |
| 08/05/2025 | Ï 6 | ORDER FOR INITIAL PRETRIAL CONFERENCE:Unless and until the Court orders otherwise, counsel for all parties shall appear for an initial pretrial conference with the Court on September 23, 2025 at 10:00 AM. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453–4442 and entering the Phone Conference ID: 148 057 611, followed by the pound (#) sign.All counsel must familiarize themselves with the Courts Individual Practices, which are available at https://nysd.uscourts.gov/hon–dale–e–ho. All parties are required to register promptly as filing users on ECF.Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference. Additionally, in accordance with Paragraph 3.c of the Courts Individual Practices, the parties are hereby ORDERED to file on ECF a joint letter, described below, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than Thursday of the week prior to the conference date. The parties shall use this Courts form Proposed Civil Case Management Plan and Scheduling Order, which is also available at: https://nysd.uscourts.gov/hon–dale–e–ho. Any open legal issues can be addressed at the conference.The joint letter shall provide the following information in separate paragraphs:(1) A brief statement of the nature of the action and the principal defenses, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion; (2) A brief explanation of why jurisdiction and venue lie in this Court. In any action in which subject matter jurisdiction is founded on diversity of citizenship pursuant to Title 28, United States Code, Section 1332, the letter must explain the basis for the parties belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the citizenship of each of the entitys members, shareholders, partners, and/or trustees. See, e.g., Handelsman v. Bedford Vill. Assocs. L.P., 213 F.3d 48 (2d Cir. 2000). If this information is lengthy, it may be included in an Appendix to the letter, not to be included in the page limit. (3) A statement of all existing deadlines, due dates, and/or cut–off dates; (4) A brief description of any outstanding motions; (5) A brief description of any discovery that has already taken place and of any discovery that is necessary for the parties to engage in meaningful settlement negotiations; (6) A brief description of the status of prior settlement discussions, without disclosing exact offers and demands; (7) A statement confirming that the parties have discussed the use of alternate dispute resolution mechanisms and indicating whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the Districts Mediation Program; and/or (c) retention of a privately retained |

mediator would be appropriate and, if so, when in the case (e.g., within the next sixty days; after the deposition of plaintiff is completed; after the close of fact discovery; etc.) the use of such a mechanism would be appropriate; and (8) Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. See SDNY ECF Rules & Instructions §§ 13.17–13.19 & Appx A, available at https://www.nysd.uscourts.gov/electronic–case–filing.In accordance with the Courts Individual Practices, requests for an extension or adjournment may be made only by letter–motion filed on ECF and must be received at least two (2) business days before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties next scheduled appearance before the Court. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Courts Individual Practices forthwith, and (2) to file proof of such notice with the Court. If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Courts Individual Practices to that party personally. SO ORDERED. (Initial Conference set for 9/23/2025 at 10:00 AM before Judge Dale E. Ho.) (Signed by Judge Dale E. Ho on 8/5/2025) (nm) (Entered: 08/05/2025)

| 08/05/2025 | Ï 7 | NOTICE OF APPEARANCE by Remy Green on behalf of Mone Makkawi..(Green, Remy) (Entered: 08/05/2025) |
| 08/05/2025 | Ï 8 | COMPLAINT against Timothy J. Beaudette, City of New York, Joel A. Mottola, Howard Thornton, John and Jane Does 1–6. Document filed by Mone Makkawi..(Widdi, Leena) (Entered: 08/05/2025) |
| 08/11/2025 | Ï 9 | FIRST AMENDED COMPLAINT amending 8 Complaint against Timothy J. Beaudette, City of New York, Joel A. Mottola, Howard Thornton, Michael Butler, Talha Ahmad, Omar Delarosa, Jesse Lance, Brian Greig, Andonios Constantatos, Joseph Cunningham, James McCarthy, Steven Li, Joahan Gomez, Ricardo Lawrence, Hiram Velez, Aheisha Grant, NYPD John or Jane Member Does 1–25 with JURY DEMAND.Document filed by Mone Makkawi, Rohaan Gill, Arib Hasan, Bryan Vivas, Malik Salti, Carla Tejada, Miguel Figueroa, Ethan Wright, Ahmed Elsayed, Benjamin Wilson. Related document: 8 Complaint..(Green, Remy) (Entered: 08/11/2025) |
| 08/12/2025 | Ï 10 | NOTICE OF APPEARANCE by Elena Louisa Cohen on behalf of Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Cohen, Elena) (Entered: 08/12/2025) |
| 08/12/2025 | Ï 11 | NOTICE OF APPEARANCE by Jessica Massimi on behalf of Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Massimi, Jessica) (Entered: 08/12/2025) |
| 08/12/2025 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Remy Green re: Document No. 9 Amended Complaint,,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; Add Loay Elasmar to CM ECF as a plaintiff. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents... (pc) (Entered: 08/12/2025) |
| 08/12/2025 | Ï | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Loay Elasmar added. Party added pursuant to 9 Amended Complaint,,.Document filed by Loay Elasmar. Related document: 9 Amended Complaint,,..(Green, Remy) (Entered: 08/12/2025) |

| | | |
|---|---|---|
| 08/12/2025 | Ï 12 | NOTICE OF APPEARANCE by Tahanie Ahmad Aboushi on behalf of Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Aboushi, Tahanie) (Entered: 08/12/2025) |
| 08/12/2025 | Ï 13 | NOTICE OF APPEARANCE by Yan Fu on behalf of Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Fu, Yan) (Entered: 08/12/2025) |
| 08/13/2025 | Ï 14 | NOTICE OF APPEARANCE by Regina Yu on behalf of Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Yu, Regina) (Entered: 08/13/2025) |
| 08/14/2025 | Ï 15 | NOTICE OF APPEARANCE by Jessica Massimi on behalf of Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Massimi, Jessica) (Entered: 08/14/2025) |
| 08/14/2025 | Ï 16 | NOTICE OF APPEARANCE by Gideon Orion Oliver on behalf of Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Oliver, Gideon) (Entered: 08/14/2025) |
| 09/04/2025 | Ï 17 | REQUEST FOR ISSUANCE OF SUMMONS as to THE CITY OF NEW YORK; SERGEANT JOEL A. MOTTOLA; DEPUTY CHIEF TIMOTHY J. BEAUDETTE; OFFICER HOWARD THORNTON; LIEUTENANT MICHAEL BUTLER; SERGEANT TALHA AHMAD; OFFICER OMAR DELAROSA; DEPUTY CHIEF JESSE LANCE; DETECTIVE BRIAN GREIG; SERGEANT ANDONIOS CONSTANTATOS; OFFICER JOSEPH CUNNINGHAM; ASSISTANT CHIEF JAMES MCCARTHY; OFFICER STEVEN LI; OFFICER JOAHAN GOMEZ; LIEUTENANT RICARDO LAWRENCE; OFFICER HIRAM VELEZ; NYPD MEMBER AHEISHA GRANT, re: 9 Amended Complaint,,. Document filed by Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Yu, Regina) (Entered: 09/04/2025) |
| 09/05/2025 | Ï 18 | ELECTRONIC SUMMONS ISSUED as to Talha Ahmad, Timothy J. Beaudette, Michael Butler, City of New York, Andonios Constantatos, Joseph Cunningham, Omar Delarosa, Joahan Gomez, Aheisha Grant, Brian Greig, Jesse Lance, Ricardo Lawrence, Steven Li, James McCarthy, Joel A. Mottola, Howard Thornton, Hiram Velez..(pc) (Entered: 09/05/2025) |
| 09/10/2025 | Ï 19 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,. Talha Ahmad served on 9/8/2025, answer due 9/29/2025; Timothy J. Beaudette served on 9/9/2025, answer due 9/30/2025; Michael Butler served on 9/9/2025, answer due 9/30/2025; City of New York served on 9/9/2025, answer due 9/30/2025; Andonios Constantatos served on 9/8/2025, answer due 9/29/2025; Omar Delarosa served on 9/8/2025, answer due 9/29/2025; Joahan Gomez served on 9/8/2025, answer due 9/29/2025; Aheisha Grant served on 9/9/2025, answer due 9/30/2025; Brian Greig served on 9/9/2025, answer due 9/30/2025; Jesse Lance served on 9/8/2025, answer due 9/29/2025; Ricardo Lawrence served on 9/8/2025, answer due 9/29/2025; Steven Li served on 9/9/2025, answer due 9/30/2025; James McCarthy served on 9/9/2025, answer due 9/30/2025; Joel A. Mottola served on 9/9/2025, answer due 9/30/2025; Howard Thornton served on 9/9/2025, answer due 9/30/2025; Hiram Velez served on 9/8/2025, answer due 9/29/2025. Service was accepted by THE CITY OF NEW YORK by Clerk A Gobbler; SERGEANT JOEL A. MOTTOLA by Principal Pa Ng; DEPUTY CHIEF TIMOTHY J. BEAUDETTE by Principal Pa Ng; OFFICER HOWARD THORNTON by Co worker Sergeant Livingston; LIEUTENANT MICHAEL BUTLER by Principal Pa Ng; SERGEANT TALHA AHMAD by Co worker Principal Smith; OFFICER OMAR DELAROSA by Co worker PO Sweeney; DEPUTY CHIEF JESSE LANCE by Co worker Paa Pennix; DETECTIVE BRIAN GREIG by Principal Pa Ng; SERGEANT ANDONIOS CONSTANTATOS by Co worker PO Music; ASSISTANT CHIEF JAMES MCCARTHY by Principal Pa Ng; OFFICER STEVEN LI by Co worker Sergeant Nunez; OFFICER JOAHAN GOMEZ by Co worker Principal Moore; LIEUTENANT RICARDO LAWRENCE by Co worker |

| | | |
|---|---|---|
| | | Hiram Velez; OFFICER HIRAM VELEZ by self; AHEISHA GRANT by Principal Pa Ng. Document filed by Miguel Figueroa; Mone Makkawi; Loay Elasmar; Ethan Wright; Ahmed Elsayed; Carla Tejada; Bryan Vivas; Benjamin Wilson; Malik Salti; Arib Hasan; Rohaan Gill..(Yu, Regina) (Entered: 09/10/2025) |
| 09/11/2025 | Ï 20 | NOTICE OF APPEARANCE OF PRO BONO COUNSEL by Sujata Sidhu Gibson on behalf of Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright.(Gibson, Sujata) (Entered: 09/11/2025) |
| 09/12/2025 | Ï 21 | NOTICE OF APPEARANCE by Luna Droubi on behalf of Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Droubi, Luna) (Entered: 09/12/2025) |
| 09/17/2025 | Ï 22 | CONSENT LETTER MOTION to Adjourn Conference *and Time to Answer* addressed to Judge Dale E. Ho from Remy Green dated 2025−09−17. Document filed by Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Green, Remy) (Entered: 09/17/2025) |
| 09/18/2025 | Ï 23 | ORDER granting 22 Letter Motion to Adjourn Conference. Application GRANTED. Defendants' deadline t answer is extended t December 1, 2025. The Conference previously scheduled for September 23, 2025 is ADJOURNED to December 2, 2025, at 10:00 AM. The pre−conference letter and proposed case management plan are now due November 25, 2025. SO ORDERED. (Signed by Judge Dale E. Ho on 9/18/2025) Initial Conference set for 12/2/2025 at 10:00 AM before Judge Dale E. Ho. (ks) (Entered: 09/18/2025) |
| 09/18/2025 | Ï | Set/Reset Deadlines: Talha Ahmad answer due 12/1/2025; Timothy J. Beaudette answer due 12/1/2025; Michael Butler answer due 12/1/2025; City of New York answer due 12/1/2025; Andonios Constantatos answer due 12/1/2025; Joseph Cunningham answer due 12/1/2025; Omar Delarosa answer due 12/1/2025; Joahan Gomez answer due 12/1/2025; Aheisha Grant answer due 12/1/2025; Brian Greig answer due 12/1/2025; Jesse Lance answer due 12/1/2025; Ricardo Lawrence answer due 12/1/2025; Steven Li answer due 12/1/2025; James McCarthy answer due 12/1/2025; Joel A. Mottola answer due 12/1/2025; Howard Thornton answer due 12/1/2025; Hiram Velez answer due 12/1/2025. (ks) (Entered: 09/18/2025) |
| 11/03/2025 | Ï 24 | NOTICE OF APPEARANCE by Joanne Maureen McLaren on behalf of City of New York..(McLaren, Joanne) (Entered: 11/03/2025) |
| 11/04/2025 | Ï 25 | CONSENT LETTER MOTION for Extension of Time *to serve retired Defendant Cunningham* addressed to Judge Dale E. Ho from Elena Cohen dated November 4, 2025. Document filed by Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Cohen, Elena) (Entered: 11/04/2025) |
| 11/05/2025 | Ï 26 | ORDER granting 25 Letter Motion for Extension of Time. The Court is in receipt of the endorsed correspondence. The application for an extension of time to complete service is GRANTED. The Clerk of Court is respectfully requested to close ECF No. 25. SO ORDERED. (Signed by Judge Dale E. Ho on 11/5/2025) Service due by 12/7/2025. (ks) (Entered: 11/05/2025) |
| 11/12/2025 | Ï 27 | LETTER MOTION to Stay re: 9 Amended Complaint,, *all proceedings, sine die, pending resolution of multiple CCRB investigations* addressed to Judge Dale E. Ho from Joanne M. McLaren dated November 12, 2025. Document filed by City of New York..(McLaren, Joanne) (Entered: 11/12/2025) |
| 11/12/2025 | Ï 28 | LETTER RESPONSE to Motion addressed to Judge Dale E. Ho from Remy Green dated 2025−11−12 re: 27 LETTER MOTION to Stay re: 9 Amended Complaint,, *all proceedings, sine die, pending resolution of multiple CCRB investigations* addressed to Judge Dale E. Ho from Joanne M. McLaren dated November 12, 2025. . Document filed by Loay Elasmar, Ahmed Elsayed, Miguel |

| | | |
|---|---|---|
| | | Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Green, Remy) (Entered: 11/12/2025) |
| 11/17/2025 | Ï 29 | LETTER RESPONSE in Opposition to Motion addressed to Judge Dale E. Ho from Remy Green dated 2025–11–17 re: 27 LETTER MOTION to Stay re: 9 Amended Complaint,, *all proceedings, sine die, pending resolution of multiple CCRB investigations* addressed to Judge Dale E. Ho from Joanne M. McLaren dated November 12, 2025. . Document filed by Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Green, Remy) (Entered: 11/17/2025) |
| 11/17/2025 | Ï 30 | ORDER denying 27 Motion to Stay. The Court is in receipt of the letter motion to stay these proceedings (ECF No. 27) and the Plaintiffs' competing submissions (ECF Nos. 28 and 29). Having considered carefully the parties' arguments, the Court DENIES the motion to stay all proceedings. As further set forth in this Order. The relevant factors therefore collectively weigh against a stay of all proceedings. The Clerk of Court is respectfully directed to close ECF No. 27. SO ORDERED.. (Signed by Judge Dale E. Ho on 11/17/2025) (ks) (Entered: 11/17/2025) |
| 11/20/2025 | Ï 31 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,. Joseph Cunningham served on 11/20/2025, answer due 12/11/2025. Service was accepted by Paa Lewis, co–worker. Document filed by Miguel Figueroa; Mone Makkawi; Loay Elasmar; Ethan Wright; Ahmed Elsayed; Carla Tejada; Bryan Vivas; Benjamin Wilson; Malik Salti; Arib Hasan; Rohaan Gill..(Yu, Regina) (Entered: 11/20/2025) |
| 11/25/2025 | Ï 32 | JOINT LETTER addressed to Judge Dale E. Ho from Remy Green dated 2025–11–25 re: Joint Letter per ECF No. 6. Document filed by Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Green, Remy) (Entered: 11/25/2025) |
| 11/25/2025 | Ï 33 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Green, Remy) (Entered: 11/25/2025) |
| 11/26/2025 | Ï 34 | ORDER: The Court is in receipt of the parties' letter submission, ECF No. 32, and proposed case management plan, ECF No. 33. For the initial pretrial conference scheduled for December 2, 2025 at 10:00 a.m., the parties are DIRECTED to appear in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. SO ORDERED. (Signed by Judge Dale E. Ho on 11/26/2025) (ks) (Entered: 11/26/2025) |
| 11/26/2025 | Ï | Set/Reset Hearings: Initial Conference set for 12/2/2025 at 10:00 AM in Courtroom 905, 40 Centre Street, New York, NY 10007 before Judge Dale E. Ho. (ks) (Entered: 11/26/2025) |
| 12/01/2025 | Ï 35 | NOTICE OF APPEARANCE by Sandra Ann Bober on behalf of City of New York..(Bober, Sandra) (Entered: 12/01/2025) |
| 12/01/2025 | Ï 36 | MOTION to Dismiss *Plaintiffs' First Amended Class Action Complaint or, Alternatively, Transfer Action to the Eastern District of New York*. Document filed by City of New York..(Bober, Sandra) (Entered: 12/01/2025) |
| 12/01/2025 | Ï 37 | MEMORANDUM OF LAW in Support re: 36 MOTION to Dismiss *Plaintiffs' First Amended Class Action Complaint or, Alternatively, Transfer Action to the Eastern District of New York*. . Document filed by City of New York..(Bober, Sandra) (Entered: 12/01/2025) |
| 12/01/2025 | Ï 38 | AFFIDAVIT of Sandra A. Bober in Support re: 36 MOTION to Dismiss *Plaintiffs' First Amended Class Action Complaint or, Alternatively, Transfer Action to the Eastern District of New York*.. Document filed by City of New York. (Attachments: # 1 Exhibit A – Steadman First Amended Class Action Complaint, # 2 Exhibit B – City Pre–Motion Conference Letter re Motion to Transfer Venue, # 3 Exhibit C – Steadman Plaintiffs' Response to Pre–Motion Conference Letter, # 4 Exhibit D – Minutes re Court's Ruling Denying Motion to Transfer Venue).(Bober, Sandra) (Entered: |

| | | |
|---|---|---|
| | | 12/01/2025) |
| 12/02/2025 | Ï 39 | ORDER: This Court held an initial pretrial conference with the parties on December 2, 2025. Among other matters, the parties discussed Plaintiff's need to identify Does 21–25 in the Complaint, and Plaintiff's intention to file an amended complaint. As discussed in the conference, the parties are DIRECTED to meet and confer on these issues and to submit a joint status letter by Friday, December 2, 2025 on their progress toward resolving them, including any requests for relief from this Court, if necessary. The parties also addressed a briefing schedule for Defendant City of New York's Motion to Dismiss or Transfer, ECF No. 36. As discussed in the conference, Plaintiffs will file their opposition by December 16, 2025. Defendant City of New York will file their reply by December 23, 2025. SO ORDERED. Responses due by 12/16/2025 Replies due by 12/23/2025. (Signed by Judge Dale E. Ho on 12/2/2025) (mml) (Entered: 12/03/2025) |
| 12/02/2025 | Ï | Minute Entry for proceedings held before Judge Dale E. Ho: Initial Pretrial Conference held on 12/2/2025. Counsel Jessica Massimi, Tahanie Ahmad Aboushi, and David Rankin present on behalf of Plaintiffs. Counsel Joanne Maureen McLaren and Sandra Ann Bober present on behalf of Defendants. (nm) (Entered: 01/06/2026) |
| 12/05/2025 | Ï 40 | STATUS REPORT. Document filed by Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Yu, Regina) (Entered: 12/05/2025) |
| 12/16/2025 | Ï 41 | MEMORANDUM OF LAW in Opposition re: 36 MOTION to Dismiss *Plaintiffs' First Amended Class Action Complaint or, Alternatively, Transfer Action to the Eastern District of New York.* . Document filed by Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright..(Massimi, Jessica) (Entered: 12/16/2025) |
| 12/16/2025 | Ï 42 | DECLARATION of Jessica Massimi in Opposition re: 36 MOTION to Dismiss *Plaintiffs' First Amended Class Action Complaint or, Alternatively, Transfer Action to the Eastern District of New York.*. Document filed by Loay Elasmar, Ahmed Elsayed, Miguel Figueroa, Rohaan Gill, Arib Hasan, Mone Makkawi, Malik Salti, Carla Tejada, Bryan Vivas, Benjamin Wilson, Ethan Wright. (Attachments: # 1 Exhibit 1, Steadman Transcript, # 2 Exhibit 2, City's Steadman Pre–Motion Conference Letter, # 3 Exhibit 3, Steadman Minute Entry, # 4 Exhibit 4, Steadman Proposed Coordination Order, # 5 Exhibit 5, In re Policing Stipulated Order, # 6 Exhibit Sow Order Granting Approval, # 7 Exhibit Sierra Order Granting Approval).(Massimi, Jessica) (Entered: 12/16/2025) |
| 12/20/2025 | Ï 43 | REPLY MEMORANDUM OF LAW in Support re: 36 MOTION to Dismiss *Plaintiffs' First Amended Class Action Complaint or, Alternatively, Transfer Action to the Eastern District of New York.* . Document filed by City of New York..(Bober, Sandra) (Entered: 12/20/2025) |
| 06/26/2026 | Ï 44 | MEMORANDUM OPINION AND ORDER re: 36 MOTION to Dismiss *Plaintiffs' First Amended Class Action Complaint or, Alternatively, Transfer Action to the Eastern District of New York.* filed by City of New York. For the reasons stated above, the Clerk of Court is respectfully directed to transfer this case to the Eastern District of New York and to terminate ECF No. 36. SO ORDERED. (Signed by Judge Dale E. Ho on 6/26/2026) (ks) Transmission to Office of the Clerk of Court for processing. (Entered: 06/26/2026) |
| 06/26/2026 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Eastern District of New York.(ks) (Entered: 07/06/2026) |