**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Moné Makkawi<br><br>Plaintiffs,<br><br>vs.<br><br>City of New York, et al.<br><br>Defendants. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Case No. 1:26-cv-04018 |

**TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for:

SUJATA S. GIBSON, ESQ., State Bar No.: 4585824

I am an attorney for the Plaintiffs in this matter.

FIRM INFORMATION

OLD FIRM ADDRESS: FIRM NAME: Gibson Law Firm, PLLC
FIRM ADDRESS: 416 N Tioga St., Ste. 4, Ithaca, NY 14850
FIRM TELEPHONE NUMBER: (607) 327-4125
FIRM FAX NUMBER: (607) 238-4689

NEW FIRM ADDRESS: FIRM NAME: Gibson Law Firm, PLLC
FIRM ADDRESS: 125 E State St, Ste 300, Ithaca, NY
14850 FIRM TELEPHONE NUMBER: (607) 327-4125
FIRM FAX NUMBER: (607) 238-4689

I will continue to be counsel of record on the above-entitled case at my new firm address.

Dated: Ithaca, New York
November 19, 2026

Sujata Gibson
SUJATA S. GIBSON, ESQ.
sujata@gibsonfirm.law